# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

135728 & (124)


MAUREEN D. TAYLOR,
        Plaintiff-Appellee,

v

SC: 135728
COA: 269684
Wayne CC: 05-524513-AW

JACKIE CURRIE, DETROIT CITY CLERK,
and the DETROIT ELECTION COMMISSION,
        Defendants-Appellants,

and

MARINO TAYLOR,
        Defendant.
_____/

      On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the October 25, 2007 judgment of the Court of Appeals is considered and, it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, C.J., and CAVANAGH, J., would grant leave to appeal.

      HATHAWAY, J., would grant leave to appeal to address the issue whether a city, township, or village clerk is authorized under Michigan election law, specifically, MCL 168.759(5), to mass mail unsolicited absent voter ballot applications to qualified voters.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2009

_____
Clerk

d0317